UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MARKIECE PALMER,

    Petitioner,

v.

WILLIAM GITTERE,[1] et al.,

    Respondents.

Case No. 3:18-cv-00245-HDM-CBC

ORDER

    Between September 10, 2018, and February 22, 2019, petitioner filed unopposed motions to extend time for the filing of his amended petition for writ of habeas corpus. ECF Nos. 15, 16, and 17. In each instance, the petitioner, through counsel, demonstrated good cause for permitting him additional time to file the pleading. In addition, he filed the amended petition on March 25, 2019. ECF No. 19.

    IT IS THEREFORE ORDERED the petitioner's motions for extension of time (ECF Nos. 15, 16, and 17) are GRANTED *nunc pro tunc* as of their respective filing dates.

    DATED: June 6, 2019.

*[signature: Howard D. McKibben]*
UNITED STATES DISTRICT JUDGE

---

1. William Gittere, Warden of Ely State Prison, is substitute for his predecessor, Timothy Filson, as a respondent in this case. *See* Fed. R. Civ. P. 25(d).