# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARKIECE PALMER,<br><br>                   Petitioner,<br>    v.<br><br>WILLIAM GITTERE, et al.,<br><br>                  Respondents. | Case No. 3:18-cv-00245-HDM-CLB<br><br>ORDER |

The pending motions for extension of time in this case (ECF Nos. 27-29, 42, 43) are all supported by good cause and unopposed by the opposing party. Thus, they are granted *nunc pro tunc* as of their respective filing dates.

Petitioner's opposition to respondents' motion to dismiss (ECF No. 30) is due March 20, 2020.

IT IS SO ORDERED.

DATED: March 10, 2020.

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE