UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARKIECE PALMER,

               Petitioner,

   v.

WILLIAM GITTERE, et al.,

               Respondents.

Case No. 3:18-cv-00245-HDM-CLB

ORDER

    Before the court are the petitioner's three unopposed motions for extension of time in which to file a second amended petition (ECF Nos. 55, 56 & 57). IT IS HEREBY ORDERED that the petitioner's motions for extension of time are granted *nunc pro tunc* to September 29, 2021, and the second amended petition filed on that date is deemed timely filed.

    IT IS FURTHER ORDERED that respondents' unopposed motion for enlargement of time to respond to the second amended petition (ECF No. 59) is GRANTED. Respondents shall respond to the petition on or before January 28, 2022.

    IT IS SO ORDERED.

    DATED: This 21st day of January, 2022.

                                                  UNITED STATES DISTRICT JUDGE