UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARKIECE PALMER, | Case No. 3:18-cv-00245-HDM-CLB |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN WILLIAM GITTERE, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 69), and good cause appearing;

**IT IS THEREFORE ORDERED** that Respondents' unopposed motion for extension of time (first request) (ECF No. 69) is GRANTED. Respondents will have up to and including February 6, 2023, to file their answer to the second amended petition.

Dated: December 27, 2022.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE