**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARKIECE PALMER, | Case No. 3:18-cv-00245-HDM-CLB |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN WILLIAM GITTERE, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for extension of time (second request) (ECF No. 71), and good cause appearing;

**IT IS THEREFORE ORDERED** that Respondents' unopposed motion for extension of time (second request) (ECF No. 71) is GRANTED. Respondents will have up to and including March 23, 2023, to file their answer to the second amended petition.

Dated: February 10, 2023

HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE