**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARKIECE PALMER,<br><br>Petitioner,<br><br>v.<br><br>WARDEN WILLIAM GITTERE, et al.,<br><br>Respondents. | Case No. 3:18-cv-00245-HDM-CLB<br><br>**ORDER** |

Respondents having filed an unopposed motion for extension of time (fourth request) (ECF No. 75), and good cause appearing;

**IT IS THEREFORE ORDERED** that Respondents' unopposed motion for extension of time (fourth request) (ECF No. 75) is GRANTED. Respondents will have up to and including May 22, 2023, to file their answer to the second amended petition.

Dated: May 8, 2023

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE