# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MARKIECE PALMER,

                   Petitioner,

v.

WARDEN WILLIAM GITTERE, et al.,

                   Respondents.

Case No. 3:18-cv-00245-HDM-CLB

**ORDER**

Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 84), and good cause appearing;

**IT IS THEREFORE ORDERED** that Petitioner's unopposed motion for extension of time (second request) (ECF No. 84) is GRANTED. Petitioner will have up to and including October 5, 2023, to file his reply to the second amended petition.

Dated:  September 8, 2023

_Howard D. McKibben_
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE