# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARKIECE PALMER, | Case No. 3:18-cv-00245-HDM-CLB |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN WILLIAM GITTERE, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 88), and good cause appearing;

**IT IS THEREFORE ORDERED** that Respondents' unopposed motion for extension of time (first request) (ECF No. 88) is GRANTED. Respondents will have up to and including November 2, 2023, to file their response to Petitioner's motion for an evidentiary hearing.

Dated: October 20, 2023

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE