**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARKIECE PALMER, | Case No. 3:18-cv-00245-HDM-CLB |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN WILLIAM GITTERE, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 92), and good cause appearing;

**IT IS THEREFORE ORDERED** that Petitioner's unopposed motion for extension of time (first request) (ECF No. 92) is GRANTED. Petitioner will have up to and including December 8, 2023, to file his reply to his motion for an evidentiary hearing.

Dated: November 14, 2023

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE